**Order filed, December 10, 2012.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-12-00959-CR
_____

**JULIO C CANAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1286982**

---

## ORDER

The reporter's record in this case was due **December 7, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gayle Reynolds and Tammy Adams,** the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM